United State District Court, District of New Mexico

Gary Lacez #72285
Gary Lacez

Brandon Stone #88008
Brandon Stone

Dewayne Clements #85171
Dewayne Clements

Matthew Abarion #63235
Matthew #63235

Cameron Rakers #80640
Cameron Rakers

Matthew Howell 87216

Cody Macias #90600
Cody Macias

Evrich Marquez #88688
Eli 90

Andres Muñoz #76048
Andy Muñoz

Manuel Calvillo #89701
Manuel Calvillo

Christopher T. Rodriguez #84340

## PLAINTIFFS

vs

Warden Wilkens, GCCF
Unit Manager Jacob O, and
Alisha Tafoya Director of
Correctional Department

## Defendants

I

this honorable court has the jurisdiction to Review this 1983 under fed. Class (fed.R.civ. P 23 (a) (B) Suit. Due to plaintiffs Being United States Citizens

## II

All Defendants of this claim are acting under color of the State of New Mexico. Plaintiffs 8th and 14th Amendments of the Constitutional Right and State laws

### - Complaint -

In March, 28, 2024, Plaintiffs were being housed in RDC which is in Los Lunas New Mexico. As property of the State due to alleged parole violations. Plaintiff were being housed in one man cells due to Rules of the State law and the Duran decree. Plaintiffs now are forced to leave our normal classification in a one man cell, until finally classified. The State of New Mexico Parole Board and Dept of Corrections, took it upon themselves to violate State law and Constitutional Rights. By forcing plaintiffs to be tranferred to GCCF which is a level 3 facility which has 2 men to a cell. There was a stabbing that occured days just before plaintiffs arrived. Plaintiffs have been subject to level 3, level 4, level 5 and level 6. Plaintiffs lives are in danger everyday and therefore Imminent Danger does exist, though some plaintiffs that are under the 3 strike Rule. Plaintiffs does not have the ability to escape these negligent conduct by staff. The abuse of power and abuse of process is tortious use of legal process. Magna Neglegentia exist

All plaintiffs have mental health and physical inpairments. The State of New Mexico parole Board has violated plaintiffs by housing them with murders and Rapist. The parole Board has placed the plaintiffs to defend themselves in hand to hand altercations dates stated. Plaintiffs over came offenders by having each other back even the elderly. In GCCF there's a whole unit open in Housing 2 to therefore there is no over crowding. The Duran decree has been violated therefore plaintiffs are in fear of Retaliation by GCCF staff.

## - Relief Sought -

That the State of New Mexico Parole Board Director Be advised and addressed to correct there staff all so that the Duran attorneys be informed plaintiffs ask for injuctive Relief. Also that the Some of 1,700 a day be awarded to plaintiffs for every day when on parole before this action and there on after this complaint. Also that the Sum of 100,000 be awarded for each State law violated and 500,000 be awarded for every constitutional Right violated, or whatever this Court seems Just Deem or proper

x Gary Larez #72285 x [signature]
x Brandon Stone #88008 x [signature]
x Dewayne Clements #85171 x [signature]
x Matthew Alarcon #63235 x [signature]
x Cameron Rakers #80640 x [signature]
x Matthew Howell #87216 x [signature]
x Cody Macias #90600 x Cody Macias
x Euriah Marquez #88688 x [signature]
x Andres Muñoz #76048 x Andy Muñoz 76048
x Manuel Calvillo #89701 x Manuel Calvillo
x Christopher T. Rodriguez #84340 x [signature]

- Declaration under Penalty of Perjury -

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action. That he/she has Read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C § 1621

x Gary Larez #72285 [signature]        x Andres Muñoz #76048 x [signature] #76048
x Brandon Stone #88008 [signature]      x Manuel Calvillo #89701 Manuel Calvillo
x Dewayne Clements #85171 [signature]   x Christopher T. Rodriguez #84340 [signature]
x Matthew Alarcon #63235 [signature]
x Cameron Rakers #80640 [signature]
x Matthew Howell #87216 [signature]
x Cody Macias #90600 Cody Macias
x Euriah Marquez #88688 [signature]

Gary Lopez #72385
P.O. Drawer 1328
Los Lunas, New Mexico
-87031-

Legal Mail

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.64
04/02/2024 ZIP 87031
043M31222612

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 04 2024
MITCHELL R. ELFERS
CLERK

United States District Court
Of New Mexico
333 Lomas Blvd. NW Suite 270
Albuquerque, New Mexico
87102